IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

DALE B. GREEN,

      Appellant,

 v.

STATE OF FLORIDA,

      Appellee.

Case No. 5D22-0815
LT Case No. 2008-CF-1908

_____/

Decision filed June 14, 2022

3.850 Appeal from the Circuit Court
for Putnam County,
Howard O. McGillin, Jr., Judge.

Dale B. Green, Graceville, pro se.

Ashley Moody, Attorney General,
Tallahassee, and Rebecca Rock
McGuigan, Assistant Attorney General,
Daytona Beach, for Appellee.

PER CURIAM.

      AFFIRMED.

LAMBERT, C.J., EISNAUGLE and NARDELLA, JJ., concur.